**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-0078 (HHK) |
| v. | Judge Kennedy |
| MARLIN MOORE<br>        Defendant. | Trial Date:  July 12, 2005 |

**NOTICE OF APPLICABILITY OF  ENHANCED PENALTIES**
**AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS**

        Pursuant to Title 21, United States Code,  Section 851(a)(1), the United States of America,
by and through its attorney, the United States Attorney for the District of Columbia, respectfully
informs the Court that the defendant, Marlin Moore, has been convicted of the following offenses:
Conspiracy to Distribute Cocaine, CT892811L, in 1990 in Maryland and Armed Robbery, Use of
a Handgun in the Commission of a Felony and Attempted Kidnapping, CT900899B in 1990 in
Maryland.

        The United States further informs the Court that the existence of any prior conviction for a
felony drug offense as defined by Title 21, United States Code, Section 802(44), may subject the
defendant to enhanced penalties under Title 21, United States Code, Section 841(b).  The existence
of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 10 years
imprisonment nor more than life.

The government would further give notice that defendant's prior felony conviction for a crime of violence, as noted above, qualifies the defendant for career offender status pursuant to §4B1.1 of the Federal Sentencing Guidelines.

Respectfully submitted,
KENNETH WAINSTEN
UNITED STATES ATTORNEY
D.C. Bar No. 451-058

_____
Abby J. Stavitsky, DC BAR # 421-015
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W.
Washington, D.C. 20530
202/353-8829