UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*U.S.*

)
)
)
vs.                        )      ~~Civil~~/Criminal No. 05-078-01
)
*Marlen E Moore*           )

MAY WE HAVE:      **NOTE FROM JURY**

1) LIST OF ALL EXHIBITS (WITH NUMBERS)

2) LIST OF ~~STIPULATED~~ STIPULATIONS

3) ALL PHONE RECORDS

Date: 7/21/05

Time: 2:22 P

**FOREPERSON**

CO-109A